UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CRAIG SMITH, as litigation guardian for S.A.S., a minor and JULIE CRUZ, individually, and as legal Guardian of S.A.S.,<br><br>　　　　Plaintiffs,<br><br>　-vs-<br><br>THE BURLINGTON NORTHERN AND SANTE FE RAILWAY COMPANY, a Delaware corporation,<br><br>　　　　Defendant. | NO.  CV-08-3051-LRS<br><br>ORDER OF DISMISSAL |

　　Pursuant to the parties' "Stipulation and Order For Voluntary Dismissal Without Prejudice and Without Costs," Ct. Rec. 34, filed March 27, 2009, and incorporated herewith, **IT IS HEREBY ORDERED** that the above-entitled cause of action shall be and is hereby dismissed without prejudice and without an award of attorney's fees or costs to any party.

　　The District Court Executive is directed to file this Order, provide copies to counsel, and **CLOSE THE FILE**.

　　**DATED** this 6th day of April, 2009.

　　　　　　　　　　　　　　　　　　***s/Lonny R. Suko***
　　　　　　　　　　　　　　　　　　─────────────────────
　　　　　　　　　　　　　　　　　　　LONNY R. SUKO
　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

ORDER - 1